# United States District Court
## Western District of Michigan (Southern Division (1))
### CIVIL DOCKET FOR CASE #: 1:19–cv–00114–PLM–RSK

| | |
|---|---|
| Minor et al v. The PNC Financial Services Group, Inc. | Date Filed: 02/12/2019 |
| Assigned to: District Judge Paul L. Maloney | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Ray Kent &nbsp(events as ordered) | Nature of Suit: 710 Labor: Fair Standards |
| Cause: 29:201 Fair Labor Standards Act | Jurisdiction: Federal Question |

**plaintiff**

**Casey Minor**　　　　　　　　　　　　　　　　represented by　**Rod M. Johnston**
*individually and on behalf of all other similarly*　　　　　　　　　Sommers Schwartz PC
*situated individuals*　　　　　　　　　　　　　　　　　　　　　One Towne Sq., Ste. 1700
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Southfield, MI 48076
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(248) 355–0300
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: rjohnston@sommerspc.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Matthew L. Turner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sommers Schwartz PC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　One Towne Sq., Ste. 1700
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Southfield, MI 48076
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(248) 355–0300
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (248) 936–1973
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: mturner@sommerspc.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**plaintiff**

**Alexis Yarbrough**　　　　　　　　　　　　　　represented by　**Rod M. Johnston**
*individually and on behalf of all other similarly*　　　　　　　　　(See above for address)
*situated individuals*　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Matthew L. Turner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**defendant**

**PNC Bank, NA**　　　　　　　　　　　　　　　represented by　**Patrick Michael Edsenga**
*identified on initiating document as*　　　　　　　　　　　　　Miller Johnson PLC (Grand Rapids)
The PNC Financial Services Group, Inc.　　　　　　　　　　　45 Ottawa SW, Ste. 1100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 306
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Grand Rapids, MI 49501–0306
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(616) 831–1713
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: edsengap@millerjohnson.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Robert S. Whitman**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Seyfarth Shaw LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　620 8th Ave.

New York, NY 10018
(212) 218–5629
Email: RWhitman@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Nila Michelle Merola**
Seyfarth Shaw LLP
620 8th Ave.
New York, NY 10018
(212) 218–2527
Email: NMerola@seyfarth.com
*TERMINATED: 08/02/2019*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2019 | Ï 1 | COMPLAINT with jury demand against The PNC Financial Services Group, Inc. filed by Casey Minor, Alexis Yarbrough (Attachments: # 1 Exhibit A–2017 Form 10K, # 2 Exhibit B–DOL Fact Sheet #64, # 3 Exhibit C–Minor/Consent to Join, # 4 Exhibit D–Yarbrough/Consent to Join, # 5 Exhibit E – Yarbrough/Pay Stub) (Turner, Matthew) (Entered: 02/12/2019) |
| 02/12/2019 | Ï 2 | PROPOSED SUMMONS to be issued re 1 (Turner, Matthew) (Entered: 02/12/2019) |
| 02/12/2019 | Ï | FILING FEE PAID re 1 by plaintiffs Casey Minor, Alexis Yarbrough in the amount of $400, receipt number 0646–4361073 (Turner, Matthew) (Entered: 02/12/2019) |
| 02/12/2019 | Ï | (NON–DOCUMENT) ATTORNEY APPEARANCE of Rod M. Johnston on behalf of plaintiffs Casey Minor, Alexis Yarbrough (Johnston, Rod) (Entered: 02/12/2019) |
| 02/13/2019 | Ï 3 | NOTICE that this case has been assigned Paul L. Maloney (clw) (Entered: 02/13/2019) |
| 02/13/2019 | Ï 4 | SUMMONS ISSUED as to defendant The PNC Financial Services Group, Inc. (clw) (Entered: 02/13/2019) |
| 03/14/2019 | Ï 5 | SUMMONS returned executed; The PNC Financial Services Group, Inc. served on 3/7/2019, answer due 3/28/2019 (Turner, Matthew) (Entered: 03/14/2019) |
| 03/27/2019 | Ï | (NON–DOCUMENT) ATTORNEY APPEARANCE of Patrick Michael Edsenga on behalf of defendant The PNC Financial Services Group, Inc. (Edsenga, Patrick) (Entered: 03/27/2019) |
| 03/28/2019 | Ï 6 | PROPOSED STIPULATION and ORDER *to Extend Answer Deadline and Substitute Defendants* by defendant The PNC Financial Services Group, Inc. (Edsenga, Patrick) (Entered: 03/28/2019) |
| 03/29/2019 | Ï 7 | STIPULATION AND ORDER regarding substitution of defendant and extending deadline to respond to complaint to 4/29/2019; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, acr) (Entered: 03/29/2019) |
| 04/02/2019 | Ï 8 | CORPORATE DISCLOSURE STATEMENT by The PNC Financial Services Group, Inc. (Edsenga, Patrick) (Entered: 04/02/2019) |
| 04/29/2019 | Ï 9 | *Defendant's* ANSWER to complaint, 1 with affirmative defenses by PNC Bank, NA (Edsenga, Patrick) (Entered: 04/29/2019) |
| 05/01/2019 | Ï 10 | ORDER setting Rule 16 scheduling conference by telephone: telephone Rule 16 scheduling conference set for 5/31/2019 at 10:00 AM before Magistrate Judge Ray Kent; status report due by 5/28/2019; signed by Magistrate Judge Ray Kent (Magistrate Judge Ray Kent, fhw) (Entered: 05/01/2019) |

| | | |
|---|---|---|
| 05/01/2019 | 11 | MOTION to certify class by plaintiffs Casey Minor, Alexis Yarbrough; (Turner, Matthew) (Entered: 05/01/2019) |
| 05/01/2019 | 12 | BRIEF in support of MOTION to certify class 11 , MEMORANDUM in support of Motion to Certify Class 11 filed by Casey Minor, Alexis Yarbrough (Attachments: # 1 Index, # 2 Exhibit A – Proposed Notice and Consent Forms, # 3 Exhibit B – Proposed Text Message and Reminder Notice, # 4 Exhibit C – Declaration of Casey Minor, # 5 Exhibit D – Declaration of Alexis Yarbrough, # 6 Exhibit E – U.S. Department of Labor, Wage and Hour Division, Fact Sheet #64: Call Centers under the Fair Labor Standards Act (FLSA), # 7 Exhibit F – Alexis Yarbroughs January 6, 2017 Pay Stub, # 8 Exhibit G – Customer Service & Support Representative Job Postings, # 9 Exhibit H – Declaration of Rod M. Johnston) (Turner, Matthew) (Entered: 05/01/2019) |
| 05/02/2019 | 13 | NOTICE to attorney Matthew Turner regarding recent filing 12 , 11 (clw) (Entered: 05/02/2019) |
| 05/16/2019 | | (NON–DOCUMENT) ATTORNEY APPEARANCE of Nila Michelle Merola on behalf of defendant PNC Bank, NA (Merola, Nila) (Entered: 05/16/2019) |
| 05/28/2019 | 14 | JOINT STATUS REPORT (Turner, Matthew) (Entered: 05/28/2019) |
| 05/29/2019 | 15 | RESPONSE in opposition to MOTION to certify class 11 filed by PNC Bank, NA (Attachments: # 1 Declaration of John A. Jackson, # 2 Declaration of Scott Rattay, # 3 Rattay Decl. Ex. A – PNC's Hours of Work Policy, # 4 Rattay Decl. Ex. B – PNC's Overtime Policy, # 5 Rattay Decl. Ex. C – PNC's Time and Attendance Quick Reference Guide, # 6 Rattay Decl. Ex. D – PNC's Recording and Correcting Time Policy, # 7 Rattay Decl. Ex. E – A. Yarbrough Report) (Merola, Nila) (Entered: 05/29/2019) |
| 05/30/2019 | | (NON–DOCUMENT) ORDER REFERRING MOTION to certify class 11 to Magistrate Judge Ray Kent pursuant to 28 U.S.C. 636(b)(1)(A) (Judge Paul L. Maloney, acr) (Entered: 05/30/2019) |
| 05/30/2019 | 16 | NOTICE to attorney Nila Merola regarding recent filing 15 (clw) (Entered: 05/30/2019) |
| 05/31/2019 | 17 | MINUTES of telephone conference held before Magistrate Judge Ray Kent; Rule 16 Scheduling Conference to be rescheduled after motion to certify class 11 has been ruled upon (Proceedings Not Digitally Recorded) (Magistrate Judge Ray Kent, sjc) (Entered: 05/31/2019) |
| 06/04/2019 | | (NON–DOCUMENT) ATTORNEY APPEARANCE of Robert S. Whitman on behalf of defendant PNC Bank, NA (Whitman, Robert) (Entered: 06/04/2019) |
| 06/11/2019 | 18 | REPLY to response to motion 11 filed by Casey Minor, Alexis Yarbrough (Johnston, Rod) (Entered: 06/11/2019) |
| 07/08/2019 | 19 | PROPOSED STIPULATION and ORDER *Regarding First Notice of Supplemental Authority in Support of PL Pre–Discovery Motion for Conditional Collective Certification* by plaintiffs Casey Minor, Alexis Yarbrough (Johnston, Rod) (Entered: 07/08/2019) |
| 07/08/2019 | | (NON–DOCUMENT) ORDER REFERRING PROPOSED STIPULATION and ORDER *Regarding First Notice of Supplemental Authority in Support of PL Pre–Discovery Motion for Conditional Collective Certification* by plaintiffs Casey Minor, Alexis Yarbrough 19 to Magistrate Judge Ray Kent pursuant to 28 U.S.C. 636(b)(1)(A) (Judge Paul L. Maloney, acr) (Entered: 07/08/2019) |
| 07/09/2019 | 20 | ORDER denying STIPULATION 19 ; signed by Magistrate Judge Ray Kent (Magistrate Judge Ray Kent, fhw) (Entered: 07/09/2019) |
| 08/02/2019 | 21 | NOTICE *of Withdrawal of Attorney Appearance dated August 2, 2019* by defendant PNC Bank, NA (Merola, Nila) (Entered: 08/02/2019) |
| 01/07/2020 | 22 | |

| | | |
|---|---|---|
| | | PROPOSED ORDER regarding *Transferring Venue* by plaintiffs Casey Minor, Alexis Yarbrough (Johnston, Rod) (Entered: 01/07/2020) |
| 01/10/2020 | 23 | STIPULATION AND ORDER transferring venue to the Western District of Pennsylvania; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, acr) (Entered: 01/10/2020) |