IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASEY MINOR and ALEXIS YARBOROUGH, individually and on behalf all similarly situated individuals, )<br><br>Plaintiffs, )<br><br>v. )<br><br>PNC BANK, N.A., )<br><br>Defendant. ) | Civil Action No. 20-58<br><br>Judge Cathy Bissoon |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case has been marked closed.

IT IS SO ORDERED.

January 27, 2020

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record